## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW STEVENS, individually** | : | **No. 1:23cv1367** |
| **and on behalf of all persons** | : | |
| **similarly situated,** | : | **(Judge Munley)** |
| **Plaintiff** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **USA TODAY SPORTS MEDIA** | : | |
| **GROUP, LLC and GANNETT CO.,** | : | |
| **INC.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this ___26th___ day of March 2024, the defendants' motion to transfer venue (Doc. 8) is hereby **GRANTED**.  The Clerk of Court is directed to transfer this case to the Eastern District of Virginia.  The Clerk of Court is further directed to close the case in this district.

BY THE COURT:

_____
**JUDGE JULIA K. MUNLEY**
**United States District Court**