IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MATTHEW STEVENS, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USA TODAY SPORTS MEDIA GROUP, LLC and GANNETT CO., INC.<br><br>Defendants. | Case No. 24-cv-0483<br><br>Collective Action |

### PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff Matthew Stevens ("Stevens" or "Plaintiff") individually and on behalf of all others similarly situated hereby move pursuant to 29 U.S.C. § 216(b) for approval of the Collective Action Settlement Agreement reached between Plaintiff and Defendants. Plaintiff respectfully moves the Court, without opposition by Defendants, to grant the following relief:

1. Finally approve as fair, adequate and reasonable, the Settlement Agreement, a true and correct copy of which attached hereto as Exhibit A;

2. Approve under 29 U.S.C. § 216(b), for purposes of settlement only, the following conditionally-certified Settlement Class:

> Plaintiff Matthew Stevens and all other individuals who filed valid notices of consent to join this action (the "Settlement Class");

3. Approve Plaintiff Matthew Stevens as representative of the Settlement Class;

4. Approve Goodley McCarthy LLC as Counsel for the Settlement Class ("Settlement Class Counsel"); Approve Settlement Class Counsel's attorney fees and costs in the amount of Fifty-Two Thousand Five Hundred Dollars ($52,500.00);

5. Approve Named Plaintiff Matthew Stevens' service award in the amount of Seven-Thousand Five Hundred Dollars ($7,500.00);

6. Dismiss with prejudice the claims of Settlement Class, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

| | |
|---|---|
| Dated: September 27, 2024 | /s/ James E. Goodley<br>James E. Goodley (VA 87573)<br>GOODLEY MCCARTHY LLC<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 394-0541<br>james@gmlaborlaw.com<br><br>*Attorney for Plaintiff* |