IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

MATTHEW STEVENS, individually
and on behalf of all persons similarly
situated,

        Plaintiff,

v.

USA TODAY SPORTS MEDIA GROUP,
LLC and GANNETT CO., INC.

        Defendants.

Case No. 24-cv-0483

Collective Action

## ORDER

AND NOW, this <u>1st</u> day of <u>October</u>, 2024, upon consideration of Plaintiff's Unopposed Motion for Approval of Collective Action Settlement, it is hereby **ORDERED** that Plaintiff's Unopposed Motion is **GRANTED** as follows:

1. The Parties' Settlement Agreement is incorporated into this ORDER and is approved as a fair, reasonable, and adequate resolutions of a bona-fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA");

2. The following Settlement Class is approved for purposes of settlement only, under 29 U.S.C. § 216(b):

    > Plaintiff Matthew Stevens and all other individuals who filed valid notices of consent to join this action (Opt-In Plaintiffs) (the "Settlement Class");

3. Plaintiff Stevens is approved as the representative of the Settlement Class;

4. Plaintiff Stevens' Service Award in the amount of $7,500.00 is approved;

5. Goodley McCarthy LLC is approved as Counsel for Settlement Class ("Settlement Class Counsel");

6. Settlement Class Counsel's attorney fees and costs are approved in the amount of Fifty-Two Thousand Five Hundred Dollars ($52,500.00);

7. This action is **DISMISSED WITH PREJUDICE**, subject to the Court maintaining jurisdiction over enforcement of the Settlement Agreement.

BY THE COURT:

/s/
Michael S. Nachmanoff
United States District Judge
Nachmanoff, J.